In re VAN SCOY'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) In the matter of the apprais-

al of the property of the estate of Margaret Van Scoy, deceased, under the acts in relation to taxable transfers of property.

PER CURIAM. Order of Surrogate's Court affirmed, with costs.

WILLIAMS, J., dissents.